# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br>     Plaintiff,<br><br>       v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br>     Defendant. | CV 20-6920 DSF (Ex)<br><br>Order DENYING Motion to Remand (Dkt. No. 9) |

    Plaintiff Admiral Insurance Company has moved to remand this case to state court. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 28, 2020 is removed from the Court's calendar.

    There is no dispute that the only remaining parties are diverse. Plaintiff claims that Defendant has not established that the amount in controversy exceeds $75,000. In opposition, Defendant points out that the complaint alleges, among other things, that "Admiral is entitled to equitable/partial/total indemnity for the indemnity payment." Compl. ¶ 120. The "indemnity payment" at issue was a $2.5 million settlement payment. Given this, the Court is satisfied that the amount in controversy exceeds $75,000.

The motion to remand is DENIED.

IT IS SO ORDERED.

Date: September 17, 2020

_____
Dale S. Fischer
United States District Judge